No. 20-20575

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

GEORGE DANIEL MCGAVITT,
*Defendant-Appellant.*

Appeal from the United States District Court
For the Southern District of Texas

## RECORD EXCERPTS

LEWIS THOMAS
CHERÍ THOMAS
Lewis Thomas Law PC
1210 West Clay Street, Suite 12
Houston, Texas 77019
Tel.:  (281) 513-9880
Fax:  (713) 955-9662
lewisthomaslaw@gmail.com

*Attorneys for Defendant-Appellant*

# TABLE OF CONTENTS

| TAB | DOCUMENT | RECORD CITATION |
|-----|----------|-----------------|
| 1 | Docket Sheet | ROA.1-8 |
| 2 | Indictment | ROA.31-34 |
| 3 | Judgment | ROA.61-67 |
| 4 | Notice of Appeal | ROA.71-72 |
| 5 | Certificate of Service | -- |

# TAB 1

APPEAL

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:19-cr-00649-1
# Internal Use Only

Case title: USA v. McGavitt
Magistrate judge case number:  4:19-mj-01517

Date Filed: 09/05/2019
Date Terminated: 10/30/2020

Assigned to: Judge Gray H Miller

**Defendant (1)**

**George Daniel McGavitt**
*Custody*
*TERMINATED: 10/30/2020*

represented by **Lewis Ashton Thomas**
Lewis Thomas Law PC
14027 Memorial Dr
No 392
Houston, TX 77079
281-513-9880
Fax: 713-955-9662
Email: lewisthomaslaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| COERCION AND ENTICEMENT (1) | Life imprisonment; 15 yrs SRT; $100 SA; fine waived (to run concurrently with Counts 2,3) |
| SEXUAL EXPLOITATION OF CHILDREN (2) | 360 mos custody; 15 yrs SRT; $100 SA; fine waived (to run concurrently with Counts 1,3) |
| POSSESSION OF CHILD PORNOGRAPHY (3) | 120 mos custody; 15 yrs SRT; $100 SA; fine waived (to run concurrently with Counts 1,2) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

20-20575.1

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:2251 Production Child Pornography; 18:2252 Receipt of Child Pornography | |

---

**Plaintiff**

| **USA** | represented by | **Sherri Lynn Zack** |
| --- | --- | --- |

US Atty Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9374
Fax: 713-567-3300
Email: sherri.zack@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Appellate Division**
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana
Ste 2300
Houston, TX 77002
Email: usatxs.appellate@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/15/2019 | 1 (p.9) | COMPLAINT as to George Daniel McGavitt (1), filed. (kmurphy, 4) [4:19-mj-01517] (Entered: 08/15/2019) |
| 08/15/2019 | 2 (p.14) | Application for Writ of Habeas Corpus ad Prosequendum for George Daniel Mgavitt to appear on 08/19/2019 in case as to George Daniel McGavitt (kmurphy, 4) [4:19-mj-01517] (Entered: 08/15/2019) |

| | | |
|---|---|---|
| 08/15/2019 | | Writ of Habeas Corpus ad Prosequendum Issued as to George Daniel McGavitt for Initial Appearance on 08/15/2019 ( Signed by Judge Magistrate Judge Frances H Stacy)(kmurphy, 4) [4:19-mj-01517] (Entered: 08/15/2019) |
| 08/15/2019 | 3 (p.16) | CORRECTED (Defendant Name) Application for Writ of Habeas Corpus ad Prosequendum for George Daniel McGavitt to appear on 08/19/2019 at 10:00 am before Magistrate Judge Peter Bray in case as to George Daniel McGavitt, filed. (kmurphy, 4) [4:19-mj-01517] (Entered: 08/15/2019) |
| 08/15/2019 | | CORRECTED Writ of Habeas Corpus ad Prosequendum Issued (Defendant Name) as to George Daniel McGavitt for Initial Appearance on 08/19/2019 at 10:00 am before Magistrate Judge Peter Bray ( Signed by Judge Magistrate Judge Frances H Stacy)(kmurphy, 4) [4:19-mj-01517] (Entered: 08/15/2019) |
| 08/15/2019 | | ***Set Hearing as to George Daniel McGavitt: Initial Appearance set for 8/19/2019 at 10:00 AM before Magistrate Judge Peter Bray (kmurphy, 4) [4:19-mj-01517] (Entered: 08/15/2019) |
| 08/19/2019 | | Arrest of George Daniel McGavitt. (JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/19/2019) |
| 08/19/2019 | 4 (p.18) | INITIAL APPEARANCE Minute Entry for proceedings held on 8/19/2019 before Magistrate Judge Peter Bray as to George Daniel McGavitt, Defendant first appearance on Complaint. (Deft informed of rights). Defendant appeared without counsel, Defendant requests appointed counsel, Financial affidavit executed. Order appointing private counsel will be entered, Order of Temporary Detention Pending Hearing to be entered,. Preliminary Examination & Detention Hearing set for 8/20/2019 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray Appearances: AUSA Sherri Zack f/USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: S. Garza) Defendant remanded to custody, filed.(JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/19/2019) |
| 08/19/2019 | 5 (p.240) | Sealed Financial Affidavit CJA 23 by George Daniel McGavitt, filed. [4:19-mj-01517] (Entered: 08/19/2019) |
| 08/19/2019 | 6 (p.19) | ORDER APPOINTING COUNSEL for Defendant George Daniel McGavitt. Lewis Thomas appointed. (Signed by Magistrate Judge Peter Bray) Parties notified. (JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/19/2019) |
| 08/19/2019 | 7 (p.20) | Order of Temporary Detention Pending Hearing as to George Daniel McGavitt Preliminary Examination & Detention Hearing set for 8/20/2019 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray ( Signed by Magistrate Judge Peter Bray) Parties notified. (JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/19/2019) |
| 08/20/2019 | 8 (p.21) | First MOTION to Continue Detention Hearing by George Daniel McGavitt, filed. (Attachments: # 1 (p.9) Proposed Order)(Thomas, Lewis) [4:19-mj-01517] (Entered: 08/20/2019) |
| 08/20/2019 | 9 (p.24) | Minute Entry for proceedings held before Magistrate Judge Peter Bray: PRELIMINARY EXAMINATION & DETENTION HEARING as to George Daniel McGavitt held on 8/20/2019 Preliminary Examination Hearing reset for 8/29/2019 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray. Appearances: Sherri Lynn Zack, Lewis Ashton Thomas.(ERO:R. Castro) (Interpreter:no) Deft remanded to yes, filed.(jmarchand, 4) [4:19-mj-01517] (Entered: 08/21/2019) |

| | | |
|---|---|---|
| 08/26/2019 | 10 (p.241) | (Court only) Arrest Warrant Returned Unexecuted in case as to George Daniel McGavitt., filed. (agould, 3) [4:19-mj-01517] (Entered: 08/27/2019) |
| 08/29/2019 | 12 (p.25) | PRELIMINARY EXAMINATION & DETENTION Minute Entry for proceedings held on 8/29/2019 before Magistrate Judge Peter Bray as to George Daniel McGavitt Defendant appeared with counsel. Defendant waives Preliminary, Detention Hearing and Waiver of Preliminary Hearing, Waiver of Detention Hearing, Order of Detention Pending Trial to be entered. Appearances: AUSA Sherri Zack f/USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Yes) Deft remanded to custody, filed.(JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/30/2019) |
| 08/29/2019 | 13 (p.26) | WAIVER of Preliminary Hearing by George Daniel McGavitt, filed.(JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/30/2019) |
| 08/29/2019 | 14 (p.27) | WAIVER of Detention Hearing by Defendant George Daniel McGavitt in the case of George Daniel McGavitt, filed.(JasonMarchandadi, 4) [4:19-mj-01517] (Entered: 08/30/2019) |
| 08/30/2019 | 11 (p.153) | Pretrial Services Report (Sealed) as to George Daniel McGavitt, filed. (jking, 4) [4:19-mj-01517] (Entered: 08/30/2019) |
| 08/30/2019 | 15 (p.28) | ORDER OF DETENTION PENDING Trial as to George Daniel McGavitt ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmarchand, 4) [4:19-mj-01517] (Entered: 09/03/2019) |
| 09/05/2019 | 16 (p.31) | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to George Daniel McGavitt (1) count(s) 1, 2, 3, filed. (Attachments: # 1 (p.9) Unredacted Indictment) (ShoshanaArnow, 4) (Entered: 09/05/2019) |
| 09/05/2019 | 17 (p.35) | US Attys Criminal Docket Sheet as to George Daniel McGavitt, filed.(ShoshanaArnow, 4) (Entered: 09/05/2019) |
| 09/05/2019 | 18 (p.36) | ORDER for Issuance of Notice of Indictment as to George Daniel McGavitt ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (ShoshanaArnow, 4) (Entered: 09/05/2019) |
| 09/05/2019 | 19 (p.37) | NOTICE OF SETTING as to George Daniel McGavitt - regarding 16 (p.31) Indictment. Arraignment set for 9/13/2019 at 10:00 AM in Courtroom 702 before Magistrate Judge Dena Hanovice Palermo, filed. (ShoshanaArnow, 4) (Entered: 09/05/2019) |
| 09/12/2019 | 20 (p.38) | NOTICE OF RESETTING as to George Daniel McGavitt - regarding 16 (p.31) Indictment, 19 (p.37) Notice of Setting - Arraignment. Arraignment set for 9/24/2019 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan, filed. (mmapps, 4) (Entered: 09/13/2019) |
| 09/13/2019 | | **Terminate Deadlines and Hearings as to George Daniel McGavitt: (cfelchak, 4) (Entered: 09/13/2019) |
| 09/13/2019 | | ARRAIGNMENT Minute Entry for proceedings held on 9/13/2019 before Magistrate Judge Dena Hanovice Palermo as to George Daniel McGavitt (1). Deft enters a plea of Not Guilty on Count(s) 1,2,3. Defendant appeared with counsel. Scheduling order issued with copies to parties. Appearances: AUSA Sherri Zack f/USA; Thomas (CJA) f/Deft.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Flor Troiani) Deft remanded to custody, filed.(cfelchakadi, 4) (Entered: 09/13/2019) |

| | | |
|---|---|---|
| 09/13/2019 | 21 (p.39) | SCHEDULING ORDER as to George Daniel McGavitt. ETT: 4 Days. Motion filing due by 9/27/2019. Responses due by 10/7/2019. Proposed voir dire and charge to be filed by 10/8/2019. Objections to exhibits/witnesses due 10/16/2019 Pretrial Conference set for 10/21/2019 at 10:00 AM in Courtroom 9D before Judge Gray H Miller. Jury Selection and Trial set for 10/21/2019 at 9:00 AM in Courtroom 9D before Judge Gray H Miller. ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (cfelchakadi, 4) (Entered: 09/13/2019) |
| 09/27/2019 | 22 (p.40) | Unopposed MOTION to Continue Trial and Motions Deadline by George Daniel McGavitt, filed. (Attachments: # 1 (p.9) Proposed Order, # 2 (p.14) Exhibit Speedy Trial Waiver - Signed)(Thomas, Lewis) (Entered: 09/27/2019) |
| 09/30/2019 | 23 (p.46) | ORDER TO CONTINUE - Interest of Justice as to George Daniel McGavitt; Granting 22 (p.40) Unopposed MOTION to Continue Trial and Motions Deadline. Time excluded from 9/30/19 until 11/18/19. ( Motions due by 10/18/2019, Responses due 10 days from filing of Motion, Proposed Voir Dire/Witness & Exhibit Lists due by 11/12/2019, Objections due 11/14/19....*** Pretrial Conference set for 11/18/2019 at 10:00 AM in Courtroom 9D before Judge Gray H Miller...*** Jury Trial set for 11/18/2019 at 01:00 PM in Courtroom 9D before Judge Gray H Miller ). ( Signed by Judge Gray H Miller) Parties notified. (sanderson, 4) (Entered: 09/30/2019) |
| 10/18/2019 | 24 (p.47) | Second MOTION to Continue Trial and Motions Deadline *Unopposed* by George Daniel McGavitt, filed. (Attachments: # 1 (p.9) Proposed Order)(Thomas, Lewis) (Entered: 10/18/2019) |
| 11/06/2019 | 25 (p.51) | ORDER TO CONTINUE - Interest of Justice as to George Daniel McGavitt; GRANTING 24 (p.47) Second MOTION to Continue Trial and Motions Deadline *Unopposed*. Time excluded from 11/6/2019 until 3/9/2020.(Motion Filing due by 2/7/2020, Responses due 10 days from filing of motion, Proposed Voir Dire due by 3/2/2020, Objections due 3/4/2020, Final Pretrial Conference set for 3/9/2020 at 10:00 AM in Courtroom 9D before Judge Gray H Miller, Jury Trial set for 3/9/2020 at 01:00 PM in Courtroom 9D before Judge Gray H Miller) ( Signed by Judge Gray H Miller) Parties notified. (rkonieczny, 4) (Entered: 11/06/2019) |
| 02/21/2020 | | Re-Arraignment as to George Daniel McGavitt set for 3/11/2020 at 10:45 AM in Courtroom 9D before Judge Gray H Miller. Parties notified. (rkonieczny, 4) (Entered: 02/21/2020) |
| 03/11/2020 | 26 | Minute Entry for proceedings held before Judge Gray H Miller: RE-ARRAIGNMENT held on 3/11/2020. George Daniel McGavitt (1) waived the reading of the Indictment and pled Guilty to Counts 1,2,3. Order for presentence investigation entered. Appearances:Kim Leo. Lewis Ashton Thomas.(Court Reporter: M.Malone) Deft remanded to Custody, filed.(rkonieczny, 4) (Entered: 03/16/2020) |
| 03/11/2020 | 27 (p.52) | ORDER for presentence investigation as to George Daniel McGavitt : Final PSI due by 5/29/2020. Objection to PSI due by 5/15/2020. PSI Completion due by 5/1/2020. Sentencing set for 6/4/2020 at 10:45 AM in Courtroom 9D before Judge Gray H Miller. ( Signed by Judge Gray H Miller) Parties notified. (rkonieczny, 4) (Entered: 03/17/2020) |
| 03/24/2020 | 28 (p.53) | MOTION for Order of Forfeiture *(Preliminary Order of Forfeiture)* by USA as to George Daniel McGavitt, filed. (Attachments: # 1 (p.9) Proposed Order)(Zack, Sherri) (Entered: 03/24/2020) |
| 05/15/2020 | 29 (p.161) | Objection to Presentence Investigation Report (Sealed) by George Daniel McGavitt, filed. (Entered: 05/15/2020) |

| | | |
|---|---|---|
| 05/26/2020 | 30 (p.57) | ORDER RESETTING SENTENCING as to George Daniel McGavitt ( Final PSI due by 7/10/2020, Objection to PSI due by 6/26/2020, Sentencing set for 7/15/2020 at 10:00 AM in Courtroom 9D before Judge Gray H Miller) ( Signed by Judge Gray H Miller) Parties notified. (rkonieczny, 4) (Entered: 05/26/2020) |
| 06/16/2020 | 31 (p.58) | PRELIMINARY ORDER as to George Daniel McGavitt GRANTING 28 (p.53) MOTION for Order of Forfeiture (*Preliminary Order of Forfeiture*) ( Signed by Judge Gray H Miller) Parties notified. (rkonieczny, 4) (Entered: 06/17/2020) |
| 07/06/2020 | 32 (p.167) | Final Presentence Investigation Report (Sealed) as to George Daniel McGavitt, filed. (ajennings, 4) (Entered: 07/06/2020) |
| 07/06/2020 | 33 (p.189) | Sealed Addendum to 32 (p.167) Final Presentence Investigation Report (Sealed) as to George Daniel McGavitt, filed. (ajennings, 4) (Entered: 07/06/2020) |
| 07/06/2020 | 34 (p.256) | Confidential Sentencing Recommendation(Sealed) regarding George Daniel McGavitt, filed. (ajennings, 4) (Entered: 07/06/2020) |
| 07/14/2020 | 35 | Sentencing as to George Daniel McGavitt reset for 10/15/2020 at 11:45 AM in Courtroom 9D before Judge Gray H Miller. Parties notified. (rkonieczny, 4) (Entered: 07/14/2020) |
| 08/07/2020 | | (Court only) CJA 20 as to George Daniel McGavitt: Authorization to Pay Lewis Thomas Voucher # 0541.0935339 ( Signed by Judge Gray H Miller) Parties notified. (hcarr, 4) (Entered: 08/08/2020) |
| 10/11/2020 | 36 (p.193) | Statement of No Objections to PSR (Sealed) by USA as to George Daniel McGavitt, filed. (Entered: 10/11/2020) |
| 10/12/2020 | 37 (p.246) | Sentencing Memorandum (Sealed) by George Daniel McGavitt, filed. (Entered: 10/12/2020) |
| 10/12/2020 | 38 (p.251) | Sealed Event, filed. (Entered: 10/12/2020) |
| 10/13/2020 | 39 (p.197) | Second Sealed Addendum to 32 (p.167) Final Presentence Investigation Report (Sealed) as to George Daniel McGavitt, filed. (ticlark, 4) (Entered: 10/13/2020) |
| 10/13/2020 | 40 (p.199) | Sealed Attachment to 39 (p.197) Sealed Addendum to PSR as to George Daniel McGavitt, filed. (ticlark, 4) (Entered: 10/13/2020) |
| 10/13/2020 | 41 (p.204) | Sealed Attachment to 39 (p.197) Sealed Addendum to PSR as to George Daniel McGavitt, filed. (ticlark, 4) (Entered: 10/13/2020) |
| 10/13/2020 | 42 (p.222) | Sealed Attachment to 39 (p.197) Sealed Addendum to PSR as to George Daniel McGavitt, filed. (ticlark, 4) (Entered: 10/13/2020) |
| 10/15/2020 | 43 | Minute Entry for proceedings held before Judge Gray H Miller: Sentencing held on 10/15/2020 for George Daniel McGavitt (1). Defendant's objections OVERRULED as stated on the record. Presentence report adopted by the court. SENTENCE as to Count 1: Life imprisonment; 15 yrs SRT; $100 SA; fine waived (to run concurrently with Counts 2,3); SENTENCE as to Count 2: 360 mos custody; 15 yrs SRT; $100 SA; fine waived (to run concurrently with Counts 1,3); SENTENCE as to Count 3: 120 mos custody; 15 yrs SRT; $100 SA; fine waived (to run concurrently with Counts 1,2). Restitution is deferred at this time. Defendant advised of his right to appeal. Final order of forfeiture entered. Appearances: Sherri Lynn Zack, Lewis Ashton Thomas.(Court Reporter: K.Miller) Deft remanded to Custody, filed.(rkonieczny, 4) |

| | | |
|---|---|---|
| | | Modified on 11/11/2020 (rkonieczny, 4). (Entered: 10/24/2020) |
| 10/15/2020 | 44 (p.60) | FINAL ORDER DIRECTING FORFEITURE OF PROPERTY as to George Daniel McGavitt ( Signed by Judge Gray H Miller) Parties notified. (rkonieczny, 4) (Entered: 10/24/2020) |
| 10/30/2020 | 45 (p.61) | JUDGMENT as to George Daniel McGavitt ( Signed by Judge Gray H Miller) Parties notified. (jguajardo, 4) (Entered: 10/30/2020) |
| 10/30/2020 | 46 (p.236) | Statement of Reasons (Sealed) as to George Daniel McGavitt. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 10/30/2020) |
| 10/30/2020 | | (Court only) CJA 21 as to George Daniel McGavitt: Authorization to Pay ames Willis Voucher # 0541.0932361. ( Signed by Judge Gray H Miller) Parties notified. (hcarr, 4) (Entered: 10/30/2020) |
| 11/02/2020 | 47 (p.68) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by George Daniel McGavitt as to George Daniel McGavitt, filed.(Thomas, Lewis) (Entered: 11/02/2020) |
| 11/03/2020 | | Attorney update in case as to George Daniel McGavitt. Attorney Appellate Division for USA added. (JenniferLongoria, 1) (Entered: 11/03/2020) |
| 11/03/2020 | 48 (p.70) | Clerks Notice of Filing of an Appeal as to George Daniel McGavitt. The following Notice of Appeal and related motions are pending in the District Court: 47 (p.68) Notice of Appeal - Judgment and Sentence. Fee status: CJA,filed. (Attachments: # 1 (p.9) Notice of Appeal) (JenniferLongoria, 1) (Entered: 11/03/2020) |
| 11/03/2020 | | Appeal Review Notes as to George Daniel McGavitt re: 47 (p.68) Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 5,filed.(JenniferLongoria, 1) (Entered: 11/03/2020) |
| 11/04/2020 | | Notice of Assignment of USCA No. 20-20575 as to George Daniel McGavitt re: 47 (p.68) Notice of Appeal - Judgment and Sentence,filed.(JenniferLongoria, 1) (Entered: 11/04/2020) |
| 11/09/2020 | 49 (p.73) | DKT13 TRANSCRIPT ORDER REQUEST by Defendant George McGavitt/Attorney Lewis Thomas as to George Daniel McGavitt. This is to order a transcript of Rearraignment Hearing on 3/11/20 before Judge Miller. Court Reporter/Transcriber: Mayra Malone. This order form relates to the following: 26 Re-Arraignment,,filed.(Thomas, Lewis) The Auth 24 was submitted to the court through eVoucher on 11/13/2020. Modified on 11/13/2020 (JosephWells, 4). (Entered: 11/09/2020) |
| 11/09/2020 | 50 (p.75) | DKT13 TRANSCRIPT ORDER REQUEST by Defendant George McGavitt/Attorney Lewis Thomas as to George Daniel McGavitt. This is to order a transcript of Sentencing Hearing on 10/15/20 before Judge Miller. Court Reporter/Transcriber: Kathleen Miller. This order form relates to the following: 43 Sentencing,,,,filed.(Thomas, Lewis) The Auth 24 was submitted to the court through eVoucher on 11/13/2020. Modified on 11/13/2020 (JosephWells, 4). (Entered: |

| | | |
|---|---|---|
| | | 11/09/2020) |
| 11/23/2020 | 51 (p.85) | APPEAL TRANSCRIPT as to George Daniel McGavitt re: Rearraignment held on March 11, 2020 before Judge Gray H Miller. Court Reporter/Transcriber Mayra Malone. Ordering Party Lewis Thomas This transcript relates to the following: 49 (p.73) Appeal Transcript Request,. Release of Transcript Restriction set for 2/22/2021., filed. (mmalone, ) (Entered: 11/23/2020) |
| 11/24/2020 | 52 (p.77) | Notice of Filing of Official Transcript as to 51 (p.85) Transcript - Appeal,. Party notified, filed. (dhansen, 4) (Entered: 11/24/2020) |
| 11/25/2020 | 53 (p.78) | Stipulation by USA as to George Daniel McGavitt *as to restitution*, filed. (Attachments: # 1 (p.9) Proposed Order)(Zack, Sherri) (Entered: 11/25/2020) |
| 11/30/2020 | 54 (p.82) | USCA LETTER advising court reporter Kathleen Miller the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order as to George Daniel McGavitt ( USCA No: 20-20575),filed.(dnoriega, 1) (Entered: 11/30/2020) |
| 12/02/2020 | 55 (p.115) | APPEAL TRANSCRIPT as to George Daniel McGavitt re: Sentencing held on October 15, 2020 before Judge Gray H Miller. Court Reporter/Transcriber Kathleen Miller. Ordering Party Lewis Ashton Thomas This transcript relates to the following: 50 (p.75) Appeal Transcript Request,. Release of Transcript Restriction set for 3/2/2021., filed. (kmiller, ) (Entered: 12/02/2020) |
| 12/03/2020 | 56 (p.84) | Notice of Filing of Official Transcript as to 55 (p.115) Transcript - Appeal,. Party notified, filed. (dhansen, 4) (Entered: 12/03/2020) |
| 12/04/2020 | | (Court only) ***Set/Clear Flags as to George Daniel McGavitt. APPEAL_NAT flag cleared. (EdnitaPonce, 1) (Entered: 12/04/2020) |

# TAB 2

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 05 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 19-649 |
| | § | |
| GEORGE DANIEL MCGAVITT | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1.      The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as

"any person under the age of eighteen years."

2.      The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title

18, United States Code, Section 2256(8)(A), as:

> "any visual depiction, including any photograph, film, video, picture, or computer or
> computer-generated image or picture, whether made or produced by electronic, mechanical,
> or other means, of sexually explicit conduct, where -
>
> (A)      the production of such visual depiction involves the use of a minor engaged in
> sexually explicit conduct."

3.      The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code,

Section 2256(2), as any:

> "actual or simulated -
> (i)      sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or
> oral [to] anal, whether between persons of the same or opposite sex; [or]
> (ii)     bestiality; [or]
> (iii)    masturbation; [or]
> (iv)     sadistic or masochistic abuse; or

1

20-20575.31

(v)     [the] lascivious exhibition of the genitals or pubic area of any person."

4.      The term "computer" is defined, pursuant to Title 18,  United States Code, Sections 2256(6)

and 1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic,  or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5.      The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18,

United States Code, Section 2256(3) and case law, as:

> "producing, directing, manufacturing, issuing, publishing or advertising" and includes downloading or copying visual depictions from another source.

6.      The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section

2256(5), as including, but is not limited to, any:

> "undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## COUNT ONE
### (Coercion and Enticement)

On or about November 1, 2018, through April 13, 2019, within the Southern District of

Texas and elsewhere,

## GEORGE DANIEL MCGAVITT,

defendant herein, by use of the United States mail and by means of a facility of interstate and foreign

commerce, did knowingly and intentionally persuade, induce, entice, and coerce Minor Victim # 1, a

person whom defendant believed had not attained the age of 18 years, to engage in sexual activity

2

for which a person can be charged with a criminal offense under the laws of the State of Arkansas, that is, the crime of Rape, sexual intercourse with a person who is less than 14 years of age, in violation of Arkansas Code Section 5-14-103.

**In violation of Title 18, United States Code, Section 2422(b).**

## COUNT TWO
### (Sexual Exploitation of Children)

From on or about November 1, 2018, through on or about May 26, 2019, within the Southern District of Texas,

**GEORGE DANIEL MCGAVITT,**

defendant herein, did employ, use, persuade, induce, entice and coerce and attempt to employ, use, persuade, induce, entice and coerce a minor child, to wit: Minor Victim # 1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate or foreign commerce, and the visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 2251(a) & (e).**

## COUNT THREE
### (Possession of Child Pornography)

On or about August 14, 2019, within the Southern District of Texas,

**GEORGE DANIEL MCGAVITT,**

defendant herein, did knowingly possess material that contained multiple images and videos of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, or which were produced using materials which have been mailed, shipped, and

3

20-20575.33

transported in and affecting interstate and foreign commerce, by any means, including by computer; more specifically, the defendant possessed an LG cell phone, model LM-X210 which contained video and still images of child pornography.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One through Three of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts One through Three; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One through Three, or any property traceable to such property, including, but not limited to, the following:

An LG cellphone, model LM-X210 (S/N 805CYZP141485).

A True Bill:

ORIGINAL SIGNATURE ON FILE

Grand Jury Foreperson

RYAN K. PATRICK
United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374

4

# TAB 3

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

Holding Session in Houston

**ENTERED**

October 30, 2020

David J. Bradley, Clerk

# UNITED STATES OF AMERICA

v.

# GEORGE DANIEL MCGAVITT

# JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER:** 4:19CR00649-001

**USM NUMBER:** 98688-479

Lewis Ashton Thomas
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) <u>1, 2 and 3 on March 11, 2020.</u>

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor for the purpose of rape | 04/13/2019 | 1 |
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of children by coercion and enticement for the purpose of the production of child pornography | 05/26/2019 | 2 |
| 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2) | Possession of child pornography | 08/14/2019 | 3 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 15, 2020
Date of Imposition of Judgment

Signature of Judge

**GRAY H. MILLER**
**SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

October 30, 2020
Date

20-20575.61

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                    Sheet 2 – Imprisonment

Judgment — Page   __2__   of   __7__

DEFENDANT: **GEORGE DANIEL MCGAVITT**
CASE NUMBER: **4:19CR00649-001**

# IMPRISONMENT

    The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>LIFE</u>

This term consists of LIFE as to Count 1; THREE HUNDRED SIXTY (360) MONTHS as to Count 2; and ONE HUNDRED TWENTY (120) MONTHS as to Count 3, to run concurrently, for a total of LIFE.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be placed in a facility near his home in Texas as long as the security needs of the Bureau of Prisons are met.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

  I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 1:20-cr-00649  Document 125  Filed 20/30/Date Filed 03/14/2021 of 7
AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3 – Supervised Release

DEFENDANT:      **GEORGE DANIEL MCGAVITT**
CASE NUMBER:    **4:19CR00649-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 15 years.
This term consists of FIFTEEN (15) YEARS as to each of Counts 1, 2 and 3, to run concurrently, for a total of FIFTEEN (15) YEARS.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☒  You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☒  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐  You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒  See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

20-20575.63

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D – Supervised Release

Judgment — Page __4__ of __7__

DEFENDANT:     **GEORGE DANIEL MCGAVITT**
CASE NUMBER:   **4:19CR00649-001**

# SPECIAL CONDITIONS OF SUPERVISION

You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use. You must pay the costs of the program.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

Pursuant to 18 U.S.C. § 3583(d), you shall make restitution to MV1 in the amount of To Be Determined, in accordance with 18 U.S.C. § 3663A.  As part of this condition, you shall adhere to the Schedule of Payments sheet of the judgment.

You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

You must not view or possess any visual depiction (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer- generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct (as defined in 18 U.S.C. § 2256).

You must not possess and/or use computers or other electronic communications or data storage devices or media, without the prior approval of the probation officer. If approved, you shall consent to the ongoing monitoring of all devices. To ensure compliance with the computer monitoring, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation.

You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition. You agree to pay the cost of the hardware and/or software monitoring system, including any ongoing monthly service costs, in accordance with your ability to pay, as determined by the probation officer.

You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program if financially able.

20-20575.64

You must not reside, work, access, or loiter within 100 feet of school yards, playgrounds, arcades, or other places primarily used by children under the age of 18, or where children may frequently congregate, unless approved in advance in writing by the United States Probation Officer.

You must not seek or maintain employment, supervise, volunteer, or participate in any program and/or activity where minors under the age of 18 would congregate, without prior written approval of the United States Probation Officer.  This would include athletic, religions, volunteer, civic, or cultural activities designed for minors under the age of 18.

You must have no contact with the victim, or the victim's family, including letters, communication devices, audio or visual devices, visits, or any contact through a third party, without prior written consent of the United States Probation Officer.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: **GEORGE DANIEL MCGAVITT**
CASE NUMBER: **4:19CR00649-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment** | **JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $300.00 | $ | $ | $ | $ |

A $100 special assessment is ordered as to each of Counts 1, 2 and 3, for a total of $300.

Based upon a finding of indigency, the Court waives the $5,000 additional special assessment required under the Justice for Victims of Trafficking Act of 2015, pursuant to 18 U.S.C. § 3014.

☐ See Additional Terms for Criminal Monetary Penalties.

☒ The determination of restitution is deferred until __90 days__. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | $ | $ | |
| ☐ See Additional Restitution Payees. | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

20-20575.66

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 6 – Schedule of Payments

DEFENDANT:     **GEORGE DANIEL MCGAVITT**
CASE NUMBER:   **4:19CR00649-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of $_____ due immediately, balance due

   ☐  not later than _____, or

   ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C  ☐  Payment in equal _____ installments of $_____ over a period of _____,
       to commence _____ after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $_____ over a period of _____,
       to commence _____ after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ after release from imprisonment.
       The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

       Payable to:   Clerk, U.S. District Court
                     Attn: Finance
                     P.O. Box 61010
                     Houston, TX 77208

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                                              **Joint and Several**     **Corresponding Payee,**
**(including defendant number)**        **Total Amount**          **Amount**                **if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

20-20575.67

# TAB 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| Plaintiff | § | |
| | § | Crim. No.: |
| v. | § | 4:19-CR-649 |
| | § | |
| George Daniel McGavitt, | § | |
| Defendant | § | |

## <u>DEFENDANT'S NOTICE OF APPEAL</u>

Notice is hereby given that George Daniel McGavitt, defendant in the above named case, hereby

appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment

entered in this action on the 30th day of October, 2020.


Respectfully submitted,

Lewis Thomas Law P.C.
14027 Memorial Dr. #392
Houston, Texas 77079
Tel: (281) 513-9880
Fax: (713) 955-9662
lewisthomaslaw@gmail.com


By: ___/s/___Lewis Thomas_____
     Lewis Thomas
     Texas Bar No. 24051423
     Attorney for Defendant,
     George McGavitt

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and exact copy of the foregoing Notice of Appeal was filed with the Court on

December 22, 2017 using the CM/ECF filing system which will send electronic notification to

the Assistant United States Attorney assigned to the case.

    /s/   Lewis Thomas    

Lewis Thomas

# TAB 5

# CERTIFICATE OF SERVICE

I certify that on the 11th day of March 2021, I electronically filed the Record Excerpts of Defendant-Appellant with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Carmen Castillo Mitchell via electronic mail.

s/ Lewis Thomas_____
LEWIS THOMAS
*Attorney for Defendant-Appellant*